```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   LAMAR BROWN,                                              :
                                 Plaintiff,                  :
                                                             :         23 Civ. 3000 (LGS)
                -against-                                    :
                                                             :              ORDER
   GRUV, INC.,                                               :
                                 Defendant.                  :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 13, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for May 31, 2023;

WHEREAS, Defendant was served on April 26, 2023;

WHEREAS, Defendant was required to respond to the Complaint by May 17, 2023;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **June 7, 2023,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with the Defendant, no later than **June 7, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is

further

      **ORDERED** that the initial pretrial conference scheduled for May 31, 2023, is adjourned to **June 14, 2023, at 4:20 P.M**

Dated: May 26, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**