

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

June 6, 2023

**BY ECF**
Honorable Judge Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:    Brown v Gruv, Inc.: 1:23-cv-3000-LGS
               Request for Adjournment of Conference

To the Honorable Judge Schofield,

    Plaintiff submits this letter-motion respectfully seeking an adjournment of the initial pretrial conference, currently scheduled for June 14, 2023. Plaintiff apologizes for missing the last submission deadline of May 24, 2023, leading to Your Honor's *sua sponte* adjournment issued on May 26, 2023. Plaintiff has been in communication with the owner of the defendant-company herein. However, Defendant cannot appear pro se. As such, Plaintiff requests an adjournment of the initial pretrial conference, up to July 14, 2023, or a date more convenient to the Court. If the Defendant has not retained counsel or has not appeared by July 11, 2023, Plaintiff will seek a default judgment in accordance with Your Honor's individual rules.

                                                       **Respectfully,**

                                                       **/s/ Mars Khaimov**

Application GRANTED in part.  If Defendant has not retained counsel and appeared by June 28, 2023, Plaintiff shall present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  If Defendant has appeared by June 28, 2023, the parties shall file the joint letter and proposed case management plan by July 6, 2023.  The initial pretrial conference currently scheduled for June 14, 2023, is adjourned to July 12, 2023, at 4:20 P.M.

Dated: June 7, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE