UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LAMAR BROWN,
                              Plaintiff,              23 Civ. 3000 (LGS)

            -against-                              <u>ORDER</u>

GRUV, INC.,

                              Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the June 7, 2023, Order stated that if Defendant did not retain counsel and appear by June 28, 2023, Plaintiff was to present an Order to Show Cause for Default Judgment and related papers as provided in the Court's Individual Rules;

WHEREAS, as of June 30, 2023, Defendant has not retained counsel or appeared. On June 28, 2023, Plaintiff filed a proposed Clerk's Certificate of Default, but did not present an Order to Show Cause for Default Judgment or file related papers as provided in the Court's Individual Rules. It is hereby

**ORDERED** that by **July 6, 2023**, Plaintiff shall present an Order to Show Cause for Default Judgment and related papers as provided in the Court's Individual Rules, specifically Attachment A. It if further

**ORDERED** that the July 12, 2023, initial pre-trial conference is adjourned sine die.

Dated: June 30, 2023
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE