```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LAMAR BROWN,                                                  :
                                                              :
                              Plaintiff,                      :   23 Civ. 3000 (LGS)
                                                              :
               -against-                                      :   ORDER
                                                              :
GRUV, INC.,                                                   :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the June 30, 2023, Order required Plaintiff to present an Order to Show Cause for Default Judgment and related papers as provided in the Court's Individual Rules by July 6, 2023;

WHEREAS, Plaintiff has not presented an Order to Show Cause for Default Judgment and related papers.  It is hereby

**ORDERED** that by **July 12, 2023**, Plaintiff shall present an Order to Show Cause for Default Judgment and related papers as provided in the Court's Individual Rules, specifically Attachment A.  If no Order to Show Cause is filed, the case will be dismissed for failure to prosecute.

Dated: July 7, 2023
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                         **UNITED STATES DISTRICT JUDGE**